Robert W. Mockler (SBN 200200)
*rmockler@steptoe.com*
Remi T. Salter (SBN 316327)
*rsalter@steptoe.com*
**STEPTOE & JOHNSON LLP**
633 West Fifth Street, Suite 1900
Los Angeles, California 90071
Telephone: (213) 439-9400
Facsimile: (213) 439-9599

Attorneys for Plaintiff
IMMERSIVE MANAGEMENT HOLDINGS LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IMMERSIVE MANAGEMENT HOLDINGS LLC,<br><br>Plaintiff,<br><br>v.<br><br>INDIGO DRAGON GROUP (UK) LTD.,<br><br>Defendant. | CASE NO.: 2:21-cv-08895-FMO-GJS<br><br>[*Assigned to Hon. Fernando M. Olguin*]<br><br>**PROOF OF SERVICE**<br><br>Complaint Filed: November 11, 2021 |

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 633 West Fifth Street, Suite 1900, Los Angeles, California 90071.

On **January 28, 2022,** I served true copies of the following document(s) described as

1. **PLAINTIFF IMMERSIVE MANAGEMENT HOLDINGS LLC'S APPLICATION FOR DEFAULT JUDGMENT BY CLERK;**

2. **PLAINTIFF IMMERSIVE MANAGEMENT HOLDINGS LLC'S REQUEST TO ENTER DEFAULT;**

3. **DECLARATION OF REMI SALTER IN SUPPORT OF REQUEST TO ENTER DEFAULT AND APPLICATION FOR DEFAULT JUDGMENT BY CLERK; AND**

4. **PROOF OF SERVICE**

on the interested parties in this action as follows:

> Indigo Dragon Group (UK) Ltd.
> Unit 6, Coach Road
> Shireoaks, Worksop
> S81 8BW,
> United Kingdom.

☒ **BY FEDERAL EXPRESS DELIVERY:** I enclosed said document(s) in an envelope or package provided by Federal Express and addressed to the persons at the addresses listed in the Service List. I placed the envelope or package for collection and delivery at an office or a regularly utilized drop box of the courier service carrier or delivered such document(s) to a courier or driver authorized by the service carrier to receive documents.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made

Executed on January 28, 2022, at Los Angeles, California.

*/s/ Inez N. Brown*
Inez N. Brown

1
PROOF OF SERVICE