JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IMMERSIVE MANAGEMENT HOLDINGS LLC,<br><br>           Petitioner,<br><br>     v.<br><br>INDIGO DRAGON GROUP (UK) LTD.,<br><br>          Respondent. | CASE NO.: 2:21-cv-08895-FMO-GJS<br><br>*[Assigned to Hon. Fernando M. Olguin]*<br><br>**JUDGMENT**<br><br><br>Petition Filed: November 11, 2021 |

JUDGMENT

## JUDGMENT

This Court, having granted Petitioner Immersive Management Holdings LLC's ("IMH") Petition to Confirm Arbitration Award against Respondent Indigo Dragon Group (UK), Ltd. ("IDGL") now hereby orders that IMH shall have and recover from IDGL judgment as follows:

a) Indigo Dragon Group (UK) Ltd. shall pay to Immersive Management Holdings LLC $45,000,000.00;

b) Indigo Dragon Group (UK) Ltd. and Immersive Management Holdings LLC will each own 50% of the equity interests of Culture Fusion and have mutual approval over the business of Culture Fusion; and

c) Indigo Dragon Group (UK) Ltd. shall pay to Immersive Management Holdings LLC Immersive Management Holdings LLC's fees and costs in the amount of $130,900.96.

DATED:   April 12    , 2022

_____
/s/
UNITED STATES DISTRICT COURT JUDGE